UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 21-cr-28-6 |
| v. | : | |
| GRAYDON YOUNG, | : | |
| Defendant. | : | |

## WAIVER OF RIGHT TO TRIAL BY JURY

I understand that I have a right to trial by jury. I hereby waive (give up) my right to trial by jury.

*[signature]*
Graydon Young
Defendant

*[signature]*
Robert Foley, Esq.
Counsel for Defendant

Consented to by the United States:

*[signature]*

Jeffrey S. Nestler
Assistant United States Attorney

Approved:

*[signature]*

Amit P. Mehta
United States District Judge

Date: 6/23/21