**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **No. 1:21-cr-28-6 (APM)** |
| | ) | |
| **GRAYDON YOUNG,** | ) | |
| | ) | |
| **Defendant.** | ) | |

**JOINT STATUS REPORT AND DEFENDANT'S UNOPPOSED REQUEST FOR MODIFICATION OF RELEASE CONDITIONS**

The parties report that Defendant Graydon Young continues to cooperate with the government. We request the opportunity to file a further status report by December 17, 2021.

Defendant Young requests that the Court modify his release conditions, stepping him down from home incarceration to an appearance bond on personal recognizance, with the following conditions: not obtain a passport, surrender any passport, not possess any firearms or destructive weapons, not have any contact with co-defendants or associates or affiliates of the Oath Keepers, stay out of Washington, D.C., and notify Pretrial of any travel outside the Middle District of Florida. The government does not oppose this request.

Respectfully submitted,

CHANNING D. PHILLIPS
ACTING UNITED STATES ATTORNEY

By: ______________________
Jeffrey S. Nestler
Assistant United States Attorney
D.C. Bar No. 978296
Ahmed M. Baset
Troy A. Edwards, Jr.
Louis Manzo
Kathryn Rakoczy
Assistant United States Attorneys
U.S. Attorney's Office for the District of Columbia
555 4th Street, N.W.
Washington, D.C. 20530

*/s/ Alexandra Hughes*
Alexandra Hughes
Justin Sher
Trial Attorneys
National Security Division
United States Department of Justice
950 Pennsylvania Avenue NW
Washington, D.C. 20004

*/s/ Robert D. Foley, III*
Robert D. Foley, III
Robert Foley Law Firm
Counsel for the Defendant, Graydon Young
FL Bar # 0119153
2401 First Street, Suite 255
Fort Myers, FL 33901
Phone: (239) 690-6080
justice@robertfoleylaw.com

*/s/ Desiree Wilson*
Desiree Wilson
Of Counsel, Robert Foley Law Firm
Counsel for the Defendant, Graydon Young
Bar # FL 0061
1030 SE 9th Avenue # 152412
Cape Coral, FL 33990-3048
Phone: (239) 690-6080
dwilson@federalattorneyflorida.com